IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMMIE COLEMAN,  CASE NO.:

    Plaintiff,
vs.

TARGET CORPORATION,
a foreign profit corporation

    Defendant.
_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Seventh Judicial Circuit, in and for St. Johns County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Tammie Coleman has filed a civil action in the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida, Case No. 20-CA-0864, for claimed injuries allegedly due to an incident in which Ms. Coleman allegedly slipped and fell on the Defendant's premises on December 15, 2018, in St. Johns County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, and subsequent thereto, Plaintiff was and is a citizen and resident of St. Johns County, Florida. In the Guest Incident Report

signed by Plaintiff, she provides her address in Saint Augustine, Florida, which is also the address she provided to medical providers, as seen in the medical billing records attached hereto as Exhibit "B." The redacted Guest Incident Report signed by Plaintiff is attached hereto as Exhibit "C." Additionally, a PeopleMap Report through Westlaw, attached hereto as Exhibit "D," shows Plaintiff resides in St. Augustine, Florida. These documents constitute "other paper" pursuant to 28 U.S.C. § 1446(b)(3).

4. Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5. The Complaint alleges the damages "exceed Thirty Thousand Dollars ($30,000.00)." (Complaint ¶1). Claimed damages include: pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. (Complaint ¶ 11). Plaintiff claims these losses are either permanent or continuing and will continue to be suffered in the future. (*Id.*).

6. The Plaintiff produced some of her medical bills during the pre-suit process, including bills from Coastal Spine & Pain, Surgery Consultants of Jacksonville, Benzer Pharmacy, Sierra Surgical, Absolute Injury & Pain Physicians, Associates MD Medical Group, Precision Imaging Centers, and Jax Spine & Pain Center, for a total of $75,499.51, as detailed below:

| | |
|---|---|
| Coastal Spine & Pain Center | $ 1,800.00 |
| Surgery Consultants of Jacksonville | $ 48,442.50 |
| Benzer Pharmacy | $ 1,011.76 |
| Sierra Surgical | $ 7,000.00 |
| Absolute Injury & Pain Physicians | $ 9,093.70 |
| Associates MD Medical Group | $ 3,196.80 |
| Precision Imaging Centers | $ 1,041.75 |
| Jax Spine & Pain Center | $ 3,913.00 |
| **TOTAL** | **$ 75,499.51** |

The above medical billing records are attached hereto as Exhibit "B."

9. Based on the medical records provided, the Plaintiff is alleging injuries to her low back and hip as well as headaches.

10. Importantly, the medical records also reflect that on August 23, 2019, the Plaintiff underwent a spinal stenosis decompression, partial laminectomy, partial facetectomy, partial foraminotomy, and partial discectomy with Dr. Tan Ly at SurgCenter of Orange Park. Plaintiff's known medical bills coupled with lumbar surgery and alleged pain and suffering unquestionably establishes the amount in controversy exceeds $75,000.00. The relevant medical records are attached hereto as Exhibit "E."

11. Defendant has filed this Notice of Removal within thirty (30) days of receipt of the Plaintiff's medical billing records, which revealed the amount in controversy exceeds $75,000.00. Defendant was served on August 17, 2020, and was provided with the medical billing records prior to the Plaintiff filing suit. Therefore, this Notice of Removal is timely.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida.

13. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

14. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

15. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 16th day of September, 2020:

**Juan Asconape, Esquire**
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, FL 33418
Email: jasconape@schwedlawfirm.com; eservice@schwedlawfirm.com
Telephone: 561-694-6079
Facsimile: 561-694-6089
*Attorneys for Plaintiff*

          **SAALFIELD SHAD, P.A.**

          /s/ Joseph B. Stokes, III
          _____
          **JOSEPH B. STOKES, III, ESQUIRE**
          Florida Bar Number: 897183
          Email (Primary) jstokes@saalfieldlaw.com
          Email (Secondary) llovein@saalfieldlaw.com; wdean@saalfieldlaw.com
          **RUBY JO CATHERINE SMITH, ESQUIRE**
          Florida Bar Number: 112741
          Email (Primary) rjcs@saalfieldlaw.com
          245 Riverside Avenue, Suite 400
          Jacksonville, FL 32202
          904-355-4401 (phone)
          904-355-3503 (facsimile)
          *Attorneys for Defendant*