Filing # 111659425 E-Filed 08/12/2020 11:16:20 AM

IN THE CIRCUIT COURT OF THE 7TH
JUDICIAL CIRCUIT IN AND FOR ST.
JOHNS COUNTY, FLORIDA

TAMMIE COLEMAN,

    Plaintiff,
vs.                                      Case No:   CA20-0864

TARGET CORPORATION, a foreign
profit corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, TAMMIE COLEMAN, sues Defendant, TARGET CORPORATION, a foreign profit corporation (hereinafter "TARGET"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in St. Johns County, Florida.

4. On or about December 15, 2018, Defendant, TARGET, was the owner and in possession of the premises at 1440 US Highway 1 South, St. Augustine, St. Johns County, Florida, which Defendant operates as a retail store.

5. At that time and place, Plaintiff, TAMMIE COLEMAN, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, TAMMIE COLEMAN, was injured when she slipped and fell on liquid on the store's floor.

7. Defendant, TARGET, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have

TAMMIE COLEMAN VS. TARGET CORPORATION
CASE NO.:
COMPLAINT
PAGE 2 OF 3

known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, TARGET, negligently:

   a) Failed to inspect and maintain the store's floor in a safe condition;
   b) Allowed liquid to accumulate and remain on the store's floor for an unreasonable length of time;
   c) Allowed a slip hazard and dangerous condition to remain on the premises for an unreasonable length of time; and
   d) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, TARGET, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, TARGET, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, TARGET, Plaintiff, TAMMIE COLEMAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, TAMMIE COLEMAN, demands judgment for damages against Defendant, TARGET.

Plaintiff demands trial by jury on all issues so triable.

TAMMIE COLEMAN VS. TARGET CORPORATION
CASE NO.:
COMPLAINT
PAGE 3 OF 3

    Respectfully submitted this **12TH** day of August, 2020.

                                    By: s/ Juan Asconape
                                        **JUAN ASCONAPE, ESQUIRE**
                                        Attorney Email: jasconape@schwedlawfirm.com
                                        **Eservice Email: eservice@schwedlawfirm.com**
                                        Bar Number: 0073731
                                        Attorneys for Plaintiff
                                        Schwed, Adams & McGinley, P.A.
                                        7111 Fairway Drive, Suite 105
                                        Palm Beach Gardens, Florida 33418
                                        Telephone: (561) 694-6079
                                        Facsimile: (561) 694-6089